ED MILNER v. THE STATE.

No. 6636. Decided March 1, 1922.

**Intoxicating Liquors—Possession—Repeal.**

Where appellant was indicted and convicted for the possession of intoxicating liquor under the State-wide prohibition law, prior to the Act of the Thirty-Seventh Legislature, first and second called sessions, amending the same, the judgment must be reversed and the cause dismissed.

Appeal from the District Court of Titus. Tried below before the Honorable R. T. Wilkinson.

Appeal from a conviction of the unlawful possession of intoxicating liquors; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

*Wilkinson & Cook,* and *I. N. Williams,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Appellant was indicted and convicted for the possession of intoxicating liquor under the state-wide prohibition law, prior to the acts of the Thirty-seventh Legislature, 1st and 2nd Called Sessions, page 233, amending the same. Under the authority of the cases Petit v. State, 90 Texas Crim. Rep., 336, 235 S. W. Rep. 579; Francis v. State, 90 Texas Crim. Rep., 67, 235 S. W. Rep. 580, and many other cases reported in the same volume of the S. W. Rep., and Ex parte Mitchum, 237 S. W. Rep., 936, No. 6772, (opinion delivered February 1st, 1922) the conviction can not stand under the indictment in its present form.

The judgment of the trial court is reversed and the prosecution ordered dismissed under the present indictment.

*Reversed and dismissed.*